IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| BARB ANNE NYREEN,<br><br>    Plaintiff,<br><br>v.<br><br>POET, LLC,<br><br>    Defendant. | NOTICE OF REMOVAL<br><br>4:18-cv-4118 |

Defendant, POET, LLC, by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of this action pending in the Second Judicial Circuit, Minnehaha County Circuit Court, South Dakota, Case No. 49CIV18-2568, to the United States District Court for the District of South Dakota, Southern Division, and further states as follows:

## State Court Action

### A. General Background

1. On August 21, 2018, Barb Anne Nyreen ("Plaintiff") served Defendant POET, LLC ("POET" or "Defendant") with a Summons and Complaint in the case of *Barb Anne Nyreen v. POET, L.L.C.*, Case No. 49CIV18-2568, pending in the Second Judicial Circuit, Minnehaha County Circuit Court, South Dakota (the "State Court Action").

2. Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders served upon and/or received by Defendant in the State Court Action is attached hereto as **Exhibit A.**

3. Neither Defendant nor its attorneys have made any appearance in the State Court Action. No further proceedings have occurred in the State Court Action. The Summons and Complaint constitute the only process, pleadings, or papers served upon Defendant in the State Court Action.

4. Plaintiff's Complaint contains three separate counts: Count I – Age Discrimination, Count II – Negligent Infliction of Emotional Distress, and Count III – Defamation/Slander.

**Grounds for Removal: Federal Question Jurisdiction**

5. This case is a civil action over which this Court has jurisdiction pursuant to the provisions of 28 U.S.C. §§ 1331 and 1367, and is one that may be removed by this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441.

6. This Court has original jurisdiction over Count I of Plaintiff's Complaint pursuant to 28 U.S.C. § 1331 because Count I of Plaintiff's Complaint alleges Defendant violated the Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621, *et seq.* ("ADEA"), a federal law arising under the laws of the United States.

7. Therefore, this Court has federal question jurisdiction over Count I of Plaintiff's Complaint, and removal is appropriate pursuant to 28 U.S.C. § 1441.

8. Moreover, this Court has supplemental jurisdiction over Counts II and III of Plaintiff's Complaint pursuant to 28 U.S.C. § 1367 because Plaintiff's claims of negligent infliction of emotional distress and defamation/slander are related to Plaintiff's claims of age discrimination under the ADEA and arise out of the same case or controversy.

9. This case first became removable on the date Defendant was served with a copy of Plaintiff's Complaint on August 20, 2018.

10. This Notice of Removal is therefore timely filed under 28 U.S.C. § 1446(b), as it is filed within 30 days of the date Defendant received Plaintiff's Complaint.

### Compliance with Procedural Requirements

11. There are no other defendants to this suit, and therefore consent is not required from any other party.

12. Pursuant to 28 U.S.C. § 1441(a), venue of the removal action is proper in the United States District Court for the District of South Dakota, Southern Division, because the county from which the State Court Action is being removed lies within the Southern Division.

13. Promptly after filing this Notice of Removal, Defendant shall give written notice of the removal to Plaintiff and will file a copy of this Notice of Removal with the Clerk of the Second Judicial Circuit, Minnehaha County Circuit Court, South Dakota, as required by 28 U.S.C. § 1446(d).

WHEREFORE, Defendant POET, LLC requests that the above-described action now pending in the Second Judicial Circuit, Minnehaha County Circuit Court, South Dakota, be removed to this United States District Court for the District of South Dakota, Southern Division.

Dated this 19th day of September, 2018.

WOODS, FULLER, SHULTZ & SMITH P.C.

By /s/ Tim R. Shattuck
Tim R. Shattuck
PO Box 5027
300 South Phillips Avenue, Suite 300
Sioux Falls, SD 57117-5027
Phone (605) 336-3890
Fax (605) 339-3357
Email Tim.Shattuck@woodsfuller.com

POLSINELLI PC
Scott Gilbert (*pro hac vice admission pending*)
sgilbert@polsinelli.com
150 N. Riverside Plaza, Suite 3000
Chicago, IL 60606
(312) 463-6375
Fax: (312) 893-2297

Lilian H. Davis (*pro hac vice admission pending*)
ldavis@polsinelli.com
100 S. Fourth Street, Ste 1000
St. Louis MO  63102
(314) 622-6669
Fax No.: (314) 754-9675

ATTORNEYS FOR DEFENDANT